IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 1:05-cv-00695-ZLW

ANTHONY G. PRESCOTT,

    Plaintiff,

v.

DOUGLAS COUNTY AND THE DEFENDANTS WITHIN
ROBERT J. CHRISTIANSON JUSTICE CENTER,
DOUGLAS COUNTY DETENTION FACILITY,
DOUGLAS COUNTY SHERIFF'S OFFICE,
SHERIFF MICHAEL ACREE,
CAPTAIN T. MOORE,
SGT. SALOPEK,
SGT. YOUNG,
DEPUTY TROY,
DEPUTY BECKER,
DEPUTY WOLFE,
CORRECTIONAL HEALTHCARE MANAGEMENT, INC.
DOCTOR HAVENS, and
NURSE RAY,

    Defendants.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: December   27  , 2006

It is ORDERED that Defendants, Correctional Healthcare Management And Nurse Ray's Motion To Dismiss filed July 13, 2006 (Doc. No. 8), is hereby moot as this case was dismissed on June 8, 2005.